UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
THE ESTATE OF JUSTINE MARIE ALIOTTA, *et al.*,

                                          Plaintiffs,        **ORDER**

- against -                                        No. 20-CV-299 (CS)

PURDUE PHARMA, INC, *et al.*,

                                          Defendants.
---------------------------------------------------------------x

Seibel, J.

On January 13, 2020, Defendant CVS Health Corporation removed this action from the Supreme Court of the State of New York, County of Richmond, to the Southern District of New York. (Doc. 1.) Richmond County, however, is in the Eastern District of New York, not in the Southern District. The Court inquired of Defendant CVS Health Corporation's counsel, who requested that the matter be transferred to the Eastern District of New York rather than dismissed. Therefore, pursuant to 28 U.S.C. § 1406(a), it is hereby ORDERED that this case be transferred forthwith to the United States District Court for the Eastern District of New York. The waiting period of Local Rule 83.1 is waived.

**SO ORDERED.**

Dated: January 14, 2020
       White Plains, New York

                                                                      _____
                                                                       CATHY SEIBEL, U.S.D.J.