# U.S. District Court
# Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:20−cv−00299−CS

The Estate of Justine Marie Aliotta et al v. Purdue Pharma, Inc. et al  
Assigned to: Judge Cathy Seibel  
Case in other court: Supreme Court of the State of New York, Richmond, 152057/2019  
Cause: 28:1331 Fed. Question

Date Filed: 01/13/2020  
Date Terminated: 01/14/2020  
Jury Demand: Plaintiff  
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Federal Question

**Plaintiff**

**The Estate of Justine Marie Aliotta**

**Plaintiff**

**Joanne Aliotta**
*individually and as administratrix of the Estate of Justine Marie Aliotta, deceased*

**Plaintiff**

**Julissa Cecelia Torres**
*an infant by her guardian Joanne Aliotta, on behalf of themselves and Plaintiff Class consisting of all other person in New York so situated*

V.

**Defendant**

**Purdue Pharma, Inc.**

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**The Purdue Frederick Company, Inc.**

**Defendant**

**Endo Health Solutions, Inc.**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Johnson & Johnson**

**Defendant**

**Janssen Pharmaceuticals, Inc. f/k/a Ortho–McNeil–Janssen Pharmaceuticals, Inc.**

**Defendant**

**Teva Pharmaceutical Industries, Ltd.**

**Defendant**

**Teva Pharmaceuticals USA, Inc.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Allergan PLC (f/k/a Actavis PLC)**

**Defendant**

**Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.)**

**Defendant**

**Allergan Finance, LLC**

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**AbbVie Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

**AmerisourceBergen Drug Corporation**

**Defendant**

**Cardinal Health, Inc.**

**Defendant**

**Staten Island University Hospital**

**Defendant**

| | | |
|---|---|---|
| **CVS Health Corporation** | represented by | **Shawn Patrick Naunton** Zuckerman Spaeder LLP |

485 Madison Avenue 10th Floor
New York, NY 10022
212–704–9600
Fax: 212–704–4256
Email: snaunton@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Duane Reade, Inc.**

**Defendant**

**Walgreen Co.**

**Defendant**

**John and Jane Doe Physicians 1 through 10**

**Defendant**

**John and Jane Doe Pharmacies 1 through 10**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2020 | ï 1 | NOTICE OF REMOVAL from Supreme Court, County of Richmond. Case Number: 152057/2019. (Filing Fee $ 400.00, Receipt Number ANYSDC–18489768).Document filed by CVS Health Corporation. (Attachments: # 1 Exhibit Original State Court Complaint, # 2 Exhibit Order Creating JPML)(Naunton, Shawn) (Entered: 01/13/2020) |
| 01/13/2020 | ï 2 | CIVIL COVER SHEET filed. (Attachments: # 1 Exhibit Attachment listing Defendants)(Naunton, Shawn) (Entered: 01/13/2020) |
| 01/13/2020 | ï 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by CVS Health Corporation.(Naunton, Shawn) (Entered: 01/13/2020) |
| 01/14/2020 | ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Shawn Patrick Naunton re: Document No. 1 Notice of Removal,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; Add John and Jane Doe Physicians 1 through 10 to CM ECF. Add John and Jane Doe Pharmacies 1 through 10 to CM ECF.. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... (pc)** (Entered: 01/14/2020) |
| 01/14/2020 | ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Cathy Seibel. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions. (pc) (Entered: 01/14/2020) |
| 01/14/2020 | ï | Magistrate Judge Paul E. Davison is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 01/14/2020) |
| 01/14/2020 | ï | Case Designated ECF. (pc) (Entered: 01/14/2020) |

| 01/14/2020 | Ï | ADD PARTY FOR PLEADING. Defendants/Respondents John and Jane Doe Physicians 1 through 10, John and Jane Doe Pharmacies 1 through 10 added. Party added pursuant to 1 Notice of Removal,.Document filed by CVS Health Corporation. Related document: 1 Notice of Removal,.(Naunton, Shawn) (Entered: 01/14/2020) |
|---|---|---|
| 01/14/2020 | Ï 4 | ORDER: On January 13, 2020, Defendant CVS Health Corporation removed this action from the Supreme Court of the State of New York, County of Richmond, to the Southern District of New York. (Doc. 1.) Richmond County, however, is in the Eastern District of New York, not in the Southern District. The Court inquired of Defendant CVS Health Corporation's counsel, who requested that the matter be transferred to the Eastern District of New York rather than dismissed. Therefore, pursuant to 28 U.S.C. § 1406(a), it is hereby ORDERED that this case be transferred forthwith to the United States District Court for the Eastern District of New York. The waiting period of Local Rule 83.1 is waived. (Signed by Judge Cathy Seibel on 1/14/2020) (mro) (Entered: 01/15/2020) |
| 01/14/2020 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of New York (mro) (Entered: 01/15/2020) |